April 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

MARATHON MACHINE TOOLS, INC., Appellant

NO. 14-11-00794-CV                              V.

DAVIS-LYNCH, INC., Appellee

_____

 This cause, an appeal from the judgment in favor of Appellee, signed June 20, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

 We order Appellant to pay all costs incurred in this appeal.

 We further order this decision certified below for observance.